UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **13-1816**

United States v. Andrew Auernheimer

To: Clerk

1) Unopposed Motion by Appellant for Extension of Time to File Brief and Appendix Until July 01, 2013

---

The foregoing motion is granted. Appellant's brief, appendix and pre-sentence report, if applicable, must be filed and served on or before July 01, 2013. Counsel's attention is directed to the Court's October 15, 2012 Notice to Counsel, advising that motion for extension of time are disfavored. Accordingly, No further extensions of time will be granted.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: April 25, 2013
CLW/cc: Mark E. Coyne, Esq.
      Tor B. Ekeland, Esq.
      Hanni M. Fakhoury, Esq.
      Marica C. Hofmann, Esq.
      Orin S. Kerr, Esq.