# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>ANDREW AUERNHEIMER,<br><br>    Defendant-Appellant. | Case No. 13-1816<br><br>**NOTICE OF CHANGE OF FIRM AFFILIATION** |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Marcia Hofmann, formerly affiliated with the Electronic Frontier Foundation, is now affiliated with the Law Office of Marcia Hofmann. She remains co-counsel for the Defendant-Appellant along with Tor Ekeland, Hanni Fakhoury, and Orin S. Kerr. Effective May 16, 2013, Ms. Hofmann's contact information is as follows:

 Marcia Hofmann
 Law Office of Marcia Hofmann
 25 Taylor Street, San Francisco, CA 94102
 Telephone: (415) 830-6664
 Email: marcia@marciahofmann.com

Dated: May 13, 2013         Respectfully submitted,

                    /s/ *Marcia Hofmann*
                   Marcia Hofmann
                   ELECTRONIC FRONTIER
                   FOUNDATION

815 Eddy Street
San Francisco, CA 94109
(415) 436-9333
marcia@eff.org

Attorney for Defendant-Appellant
Andrew Auernheimer

# CERTIFICATE OF SERVICE

I certify that on May 13, 2013, the foregoing document was filed via the CM/ECF system. The following counsel of record are registered filing users and will be served electronically by the CM/ECF Notice of Docket Activity, pursuant to Local Appellate Rule Misc. 113.4(a).

Mark E. Coyne, Esq.
Office of the United States Attorney
970 Broad Street
Room 700
Newark, NJ 07102

Tor Ekeland, Esq.
Tor Ekeland P.C.
155 Water Street
Brooklyn, NY 11201

Hanni Fakhoury, Esq.
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109

Orin S. Kerr, Esq.
George Washington University
2000 H Street, N.W.
Washington, DC 20052-0000

Dated: May 13, 2013                    Respectfully submitted,

                                        /s/ *Marcia Hofmann*
                                        Marcia Hofmann
                                        ELECTRONIC FRONTIER
                                        FOUNDATION
                                        Attorney for Defendant-Appellant
                                        Andrew Auernheimer