NO. 13-1816

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

UNITED STATES OF AMERICA,

PLAINTIFF-APPELLEE,

v.

ANDREW AUERNHEIMER,

DEFENDANT-APPELLANT.

On Appeal From The United States District Court
For The District of New Jersey
Case No. 2:11-cr-00470-SDW-1
Honorable Susan D. Wigenton, District Judge

**ADDENDUM TO APPELLANT'S OPENING BRIEF**

Tor B. Ekeland
Mark H. Jaffe
TOR EKELAND, P.C.
155 Water Street
Brooklyn, NY 11201
Tel.: (718) 285-9343
Email: tor@torekeland.com

Orin S. Kerr
2000 H Street, N.W.
Washington, DC 20052
Tel.: (202) 994-4775
Email: okerr@law.gwu.edu

Marcia Hofmann
LAW OFFICE OF MARCIA HOFMANN
25 Taylor Street
San Francisco, CA 94102
Tel.: (415) 830-6664
Email: marcia@marciahofmann.com

Hanni M. Fakhoury
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Tel.: (415) 436-9333
Email: hanni@eff.org

*Attorneys for Defendant-
Appellant Andrew Auernheimer*

# CERTIFICATIONS

1. I certify that a virus check was performed on the PDF file of Appellant's Opening Brief using Sophos Anti-Virus software version 8.0.15C.

2. In accordance with 3rd Circuit LAR 46. 1(e), I, Hanni M. Fakhoury, certify that I am a member of the Bar of this Court.

3. I hereby certify that the electronically filed PDF and hard copies of the corrected brief filed on July 2, 2013 are identical.

4. Pursuant to Fed. R. App. P. 32(a)(7)(C), I certify as follows:

   a. Appellant's Opening Brief complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because the brief contains 13,899 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii); and

   b. Appellant's Opening Brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word 2011, the word processing system used to prepare the brief, in 14 point font in Times New Roman font.

Dated: July 11, 2013     By:   /s/ Hanni M. Fakhoury
                                Hanni M. Fakhoury
                                ELECTRONIC
                                FRONTIER FOUNDATION
                                815 Eddy Street
                                San Francisco, CA 94109
                                *Attorney for Defendant-*
                                *Appellant Andrew Auernheimer*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system on July 11, 2013.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: July 11, 2013     By:  /s/ Hanni M. Fakhoury

Hanni M. Fakhoury
ELECTRONIC
FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109

*Attorney for Defendant-Appellant Andrew Auernheimer*