UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **13-1816**

United States  v. Andrew Auernheimer

To:    Clerk

1)    Unopposed Motion by Amici Curiae Appellants for Leave to File Supplemental Information to Brief.

---

    The foregoing motion is construed as a motion for leave to file an addendum. So construed, the motion is granted with filing as of July 8, 2013.  It should be noted that in the event Appellant is awarded costs at the conclusion of the appeal, Amici Curiae Appellants will not be entitled to recover the costs associated with the addendum.


For the Court,

/s/ Marcia M. Waldron
Clerk

Dated:      July 17, 2013
EMA/cc:    All Counsel of Record