OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



March 24, 2014

Mark E. Coyne, Esq.
Tor B. Ekeland, Esq.
Hanni M. Fakhoury, Esq.
Jennifer S. Granick, Esq.
Marcia C. Hofmann, Esq.
Mark H. Jaffe, Esq.

Christopher C. Walsh, Esq.
Steven P. Ragland, Esq.
Alexander C. Muentz, Esq.
Glenn J. Moramarco, Esq.
Orin S. Kerr, Esq.

RE: USA v. Andrew Auernheimer
Case Number: 13-1816
District Case Number: 2-11-cr-00470-001

At the direction of the Court, counsel are directed to file a transcript of oral argument by **Monday, April 07, 2014** in the above-entitled case. Liaison counsel should immediately advise the Clerk's Office by of the court reporter or agency handling the transcription of oral argument. **The parties shall divide the cost of the preparation of the transcript.**

Please find attached a Selection of Court Reporters and a copy of the "Procedures for Filing a Transcript of Oral Argument". If you have any questions, please contact me.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: *[signature]*
Patrick A. McCauley, Jr.,
Calendar Clerk
267-299-4932

OFFICE OF THE CLERK

**MARCIA M. WALDRON**
    CLERK



UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

Date: Monday, March 24, 2014
Selection of Court Reporter Agencies

James DeCrescenzo
James DeCrescenzo Reporting LLC
1880 JFK Blvd., 6th Floor
Philadelphia, PA 19103
(215) 564-3905

Lewis Parham
Writer's Cramp Inc
6 Norton Rd
Monmouth Jct., NJ 08852
(732) 329-0191

Veritext
1801 Market Street
Suite 1800
Philadelphia, PA 19103
(215) 241-1000
Contacts: Steve Shapiro
        sshapiro@veritext.com
       Donna Abboud
        dabboud@veritext.com

Greg DiDonato
Syndicated Reporting Agency
(855) 796-3377
Greg's Email Address: email@synreporters.com
www.synreporters.com
**Court Reporter**: Camille LeClair
(267) 467-9890

eScribers, LLC
Eric Solat
www,escribers.net/index.php
Director, Sales and Customer Service
esolat@escribers.net
Office - (973) 406-2250

OFFICE OF THE CLERK



**MARCIA M. WALDRON**
**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

Date: Monday, March 24, 2014

# **PROCEDURES FOR FILING A TRANSCRIPT OF ORAL ARGUMENT**

When the Court directs counsel to prepare a transcript of oral argument in a case(s), the parties shall designate one attorney to be **liaison counsel** for the purpose of coordinating the production of the transcript.  **Liaison** counsel shall contact **Patrick McCauley, Jr. (267) 299-4932** of the Calendar Unit of the Third Circuit Clerk's Office (Room 21400) after argument to obtain the necessary information regarding the filing of the transcript of oral argument.

Liaison counsel shall contract a court reporting service to make arrangements for the transcription of the oral argument.  Then the court reporter shall contact the above designated Calendar Clerk in order to: (1) make an appointment to transcribe the argument in the Clerk's Office at 601 Market Street, Room 21400, Philadelphia, PA; or (2) request an audio cassette copy of the oral argument to transcribe the argument.

After the transcript is completed, the court reporter shall provide the transcript to all counsel in the case.  **Liaison counsel** shall file one (1) original transcript electronically through CM/ECF and (3) copies of the transcript with the Clerk's Office**,** including the court reporter's certification and a certification of accuracy from liaison counsel on behalf of all parties.  If corrections are necessary to the transcript, liaison counsel shall coordinate with the court reporter corrections requested by all counsel, and the final corrected version of the transcript shall be filed by liaison counsel.  Corrections should be given to liaison counsel within three (3) days of receipt of the transcript.  Liaison counsel shall file the transcript with the Clerk's Office **no later than fourteen (14) days after oral argument** unless the Court directed a specific deadline.

**Unless the Court directed otherwise, the parties shall divide the cost of the preparation of the transcript.**